Argued and submitted April 7, affirmed April 29, petition for review allowed August 11, 1998 (327 Or 484)

Sydney RODRIGUEZ,
by her guardian ad litem, Gina Rodriguez,
*Appellant,*

*v.*

THE HOLLAND, INC.,
a Washington corporation,
dba Burgerville USA,
*Respondent.*

THE HOLLAND, INC.,
a Washington corporation,
dba Burgerville USA,
*Third-Party Plaintiff,*

*v.*

Kim FROSAKER,
an individual,
*Third-Party Defendant.*

(960705514; CA A98544)

957 P2d 203

John S. J. Marandas argued the cause for appellant. With him on the briefs was Marandas & Perdue.

Janet M. Schroer argued the cause for respondent. With her on the brief were Marjorie A. Speirs and Hoffman, Hart & Wagner.

Before De Muniz, Presiding Judge, and Haselton and Linder, Judges.

PER CURIAM

Affirmed. *Wyatt v. Sweitz*, 146 Or App 723, 934 P2d 544, *rev dismissed* 326 Or 63 (1997).